CLOSED

# U.S. District Court
## Western District of Pennsylvania (Pittsburgh)
## CIVIL DOCKET FOR CASE #: 2:04-cv-01467-DSC
### Internal Use Only

| | |
|---|---|
| RICHARD HALFENGER AN v. UNIONCARE, INC. | Date Filed: 09/23/2004 |
| Assigned to: Judge David S. Cercone | Jury Demand: Plaintiff |
| Demand: $75000 | Nature of Suit: 190 Contract: Other |
| Cause: 28:1332 Diversity-Breach of Contract | Jurisdiction: Diversity |

**Plaintiff**

**RICHARD HALFENGER AND ASSOCIATES, INC.**
*a California corporation*

represented by **Donald J. Balsley, Jr.**
535 Smithfield Street
Oliver Building, Suite 619
Pittsburgh, PA 15222-2302
(412) 765-1760
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**UNIONCARE, INC.**
*a Maryland corporation*

represented by **Ronald G. Backer**
Rothman, Gordon
Grant Building
3rd Floor
Pittsburgh, PA 15219
412-338-1113
Firm: 412-281-0705
Email: rgbacker@rothmangordon.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Gail L. Westover**
Sutherland, Asbill & Brennan
1275 Pennsylvania Avenue, NW
Washington, DC 20004-2415
(202)383-0353

**Nicholas T. Christakos**
Sutherland, Asbill & Brennan
1275 Pennsylvania Avenue, NW

CERTIFIED FROM THE RECORD
Date July 5, 2005
ROBERT V. BARTH, JR., CLERK
By [signature]
                    Deputy Clerk

Washington, DC 20004-2415
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 09/23/2004 | 1 | COMPLAINT with summons issued; jury demand Filing Fee $ 150.00 Receipt # 6368 (jsp) (Entered: 09/24/2004) |
| 09/23/2004 | | **Case assigned to Category # 9 (jsp) (Entered: 09/24/2004) |
| 11/22/2004 | 2 | Stipulation by UNIONCARE, INC., RICHARD HALFENGER AN for Extension of Time to plead . (ksa) (Entered: 11/22/2004) |
| 11/22/2004 | | Deadline updated; set Answer deadline to 12/13/04 for UNIONCARE, INC. (ksa) (Entered: 11/22/2004) |
| 12/13/2004 | 3 | MOTION by UNIONCARE, INC. to Transfer venue pursuant to 28 U.S.C. 1404(a) with Proposed Order. (ksa) (Entered: 12/13/2004) |
| 12/13/2004 | 4 | ANSWER to Complaint by UNIONCARE, INC. (Attorney Ronald G. Backer, Nicholas T. Christakos and Gail L. Westover) (ksa) (Entered: 12/13/2004) |
| 12/16/2004 | 5 | DECLARATION of Stephanie B. Whalen (ksa) (Entered: 12/16/2004) |
| 01/03/2005 | 6 | AMENDED ANSWER to Complaint by UNIONCARE, INC. amends: [4-1] answer by UNIONCARE, INC. and COUNTERCLAIM against RICHARD HALFENGER AN (ksa) (Entered: 01/04/2005) |
| 01/07/2005 | 7 | MOTION by UNIONCARE, INC. for Nicholas T. Christakos and Gail L. Westover to Appear Pro Hac Vice Filing Fee $ 80.00 Receipt # 05-1555 with Proposed Order. (ksa) (Entered: 01/10/2005) |
| 01/12/2005 | | ORDER upon motion granting [7-1] motion for Nicholas T. Christakos and Gail L. Westover to Appear Pro Hac Vice ( signed by Judge David S. Cercone on 1/11/05 ) CM all parties of record. (ksa) (Entered: 01/12/2005) |
| 01/21/2005 | 8 | ANSWER by RICHARD HALFENGER AN to [6-2] counter claim by UNIONCARE, INC. (ksa) (Entered: 01/24/2005) |
| 02/02/2005 | 9 | ORDER, Brief in Opposition set to 2/14/05 for [3-1] motion to Transfer venue pursuant to 28 U.S.C. 1404(a) ( signed by Judge David S. Cercone on 2/2/05 ) CM all parties of record. (ksa) (Entered: 02/02/2005) |
| 02/14/2005 | 10 | BRIEF by RICHARD HALFENGER AN in response to [3-1] motion to Transfer venue pursuant to 28 U.S.C. 1404(a) by UNIONCARE, INC. (ksa) (Entered: 02/15/2005) |
| 02/22/2005 | 11 | Deft UNIONCARE, INC's reply in support of its motion to transfer venue. (ksa) (Entered: 02/23/2005) |
| 06/30/2005 | 12 | MEMORANDUM and ORDER granting [3] Motion to Transfer Case . The Clerk of Court shall transfer venue of this action to the United States |

|  |  |
|---|---|
|  | District Court for the District of Columbia forthwith. Signed by Judge David S. Cercone on 6/30/2005. (ksa) (Entered: 07/05/2005) |
| 07/05/2005 | Remark: Case transferred to the District of Columbia. (ksa) (Entered: 07/05/2005) |