UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| RICHARD HALFENGER & ASSOCIATES, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>UNIONCARE, INC., )<br>)<br>Defendant. )<br>) | C.A. No. 1:05CV01404 (JDB) |

## NOTCE OF ENTRY OF APPEARANCE

Notice is hereby given that the undersigned attorney, Nicholas T. Christakos, hereby enters his appearance as counsel for defendant Unioncare, Inc., in the captioned action. Pursuant to Local Rule 83.6(a), the following information is provided:

> Nicholas T. Christakos
> D.C. Bar No. 368885
> Sutherland Asbill & Brennan LLP
> 1275 Pennsylvania Avenue, NW
> Washington, DC 20004-2415
> Phone: 202-383-0100
> Fax:    202-637-3593

Dated:  July 28, 2005              Respectfully submitted,

                                   _____/s/ Nicholas T. Christakos_____
                                   Nicholas T. Christakos
                                   D.C. Bar No. 368885
                                   SUTHERLAND ASBILL & BRENNAN LLP
                                   1275 Pennsylvania Avenue, NW
                                   Washington, DC 20004-2415
                                   Phone: 202-383-0100
                                   Fax:    202-637-3593

                                   ATTORNEYS FOR DEFENDANT
                                   UNIONCARE, INC.

WO 413271.1

## CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of July 2005, a true and correct copy of the foregoing Notice of Entry of Appearance was served by United States Mail, postage prepaid, upon the following:

>Donald J. Balsley, Jr., Esq.
>535 Smithfield Street, Suite 619
>Pittsburgh, PA 15222

>/s/Nicholas T. Christakos
>Nicholas T. Christakos

WO 413271.1