IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **RICHARD HALFENGER AND ASSOCIATES, INC.**<br><br>Plaintiff,<br><br>v.<br><br>**UNIONCARE, INC.,**<br><br>Defendant. | Civil Action No. 05-1404 (JDB) |

## ORDER FOR INITIAL SCHEDULING CONFERENCE

It is hereby ORDERED that the initial scheduling conference in this matter is set for September 7, 2005, at 9:00 a.m. Counsel who attend the scheduling conference must be sufficiently familiar with the case to answer any questions that arise. Parties are welcome to attend.

Counsel shall confer in accordance with Rule 16.3(a) of the Local Civil Rules and Fed. R. Civ. P. 26(f), and shall submit their Joint Rule 16.3 Report addressing the topics listed in Local Civil Rule 16.3(c) no later than 14 days following their conference (see Local Civil Rule 16.3(d)), and in no event less than three business days before the initial scheduling conference. Counsel may also include in their Joint Rule 16.3 Report a brief statement of the case and any statutory basis for all causes of action and defenses.

Written communication with the Court is to be by motion, opposition, and reply, rather than letter. See Local Civil Rule 5.1(b). The parties are directed to the requirements of Local

Civil Rule 7.1(c) regarding the submission of proposed orders with all motions and oppositions and to the requirements of Local Civil Rule 7.1(m) regarding the duty to confer on all nondispositive motions (including those for enlargements of time).

/s/ John D. Bates
JOHN D. BATES
United States District Judge

Dated:    August 12, 2005

Copies to:

Donald J. Balsley, Jr.
535 Smithfield Street
Oliver Building, Suite 619
Pittsburgh, PA  15222-2302
    *Counsel for plaintiff*

Nicholas T. Christakos
Gail Lynn Westover
SOUTHERLAND ASBILL & BRENNAN LLP
1275 Pennsylvania Avenue NW
Washington, DC 20004
(202) 383-0184
Fax: (202) 637-3593
Email: nicholas.christakos@sablaw.com
    *Counsel for defendant*