UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **RICHARD HALFENGER & ASSOCIATES, INC.,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 1:05CV01404 (JDB) |
| ) | |
| **UNIONCARE, INC.,** ) | |
| ) | |
| Defendant. ) | |
| ) | |

## NOTCE OF ENTRY OF APPEARANCE

Notice is hereby given that the undersigned attorney, Gail L. Westover, hereby enters her appearance as counsel for defendant Unioncare, Inc., in the captioned action. Pursuant to Local Rule 83.6(a), the following information is provided:

>Gail L. Westover
>D.C. Bar No. 451263
>Sutherland Asbill & Brennan LLP
>1275 Pennsylvania Avenue, NW
>Washington, DC 20004-2415
>Phone: 202-383-0100
>Fax:    202-637-3593

Dated:  October 17, 2005            Respectfully submitted,

                    _____/s/ Gail L. Westover_____
                    Gail L. Westover
                    D.C. Bar No. 451263
                    SUTHERLAND ASBILL & BRENNAN LLP
                    1275 Pennsylvania Avenue, NW
                    Washington, DC 20004-2415
                    Phone:  202-383-0100
                    Fax:    202-637-3593

                    ATTORNEYS FOR DEFENDANT
                    UNIONCARE, INC.

WO 434624.1

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 17th day of October 2005, a true and correct copy of the foregoing Notice of Entry of Appearance was served by United States Mail, postage prepaid, upon the following:

> Donald J. Balsley, Jr., Esq.
> 535 Smithfield Street, Suite 619
> Pittsburgh, PA 15222

/s/ Gail L. Westover
Gail L. Westover

WO 434624.1