UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **RICHARD HALFENGER AND ASSOCIATES, INC.**<br><br>        **Plaintiff,**<br><br>        v.<br><br>**UNIONCARE, INC.,**<br><br>        **Defendant.** | Civil Action No. 05-1404 (JDB) |

### ORDER

Based on the representations of plaintiff's counsel at the status conference with the Court held on this date, it is hereby

**ORDERED** that plaintiff shall retain new counsel for this matter and shall appear, through that counsel, at a status conference with the Court on January 10, 2006, at 9:00 AM; it is further

**ORDERED** that, if plaintiff fails to appear though counsel at that status conference, the Court will dismiss plaintiff's claims, without prejudice, for want of prosecution; and it is further

**ORDERED** that the Clerk of the Court shall transmit a copy of this order by mail to the plaintiff, as well as to plaintiff's current counsel.

                                                /s/ John D. Bates
                                                JOHN D. BATES
                                          United States District Judge

Dated:    November 30, 2005

Copies to:

RICHARD HALFENGER AND ASSOCIATES, INC.
1176 Spaich Drive
San Jose, CA  95117

 *Plaintiff*


Donald J. Balsley, Jr.
535 Smithfield Street
Oliver Building, Suite 619
Pittsburgh, PA  15222-2302

 *Counsel for plaintiff*


Nicholas T. Christakos
Gail Lynn Westover
SOUTHERLAND ASBILL & BRENNAN LLP
1275 Pennsylvania Avenue NW
Washington, DC  20004
Email: nicholas.christakos@sablaw.com

 *Counsel for defendant*