UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RICHARD HALFENGER & ASSOCIATES, INC., )
)
Plaintiff, )
)
v. ) C.A. No. 1:05CV01404 (JDB)
)
UNIONCARE, INC., )
)
Defendant. )

## STIPULATION OF DISMISSAL

The parties in this action have reached a settlement in principle. Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), Plaintiff Richard Halfenger & Associates, Inc. and Defendant Unioncare, Inc., through their respective attorneys, hereby stipulate and agree that this action, and all claims and counterclaims therein and all other claims that might have been brought in the action, shall be dismissed, each side to bear its own costs, expenses and attorneys' fees, with all rights to appeal waived. The dismissal shall be without prejudice for a period of 31 days from the date of this Stipulation. Should counsel fail to move to reopen the case by February 9, 2006, the matter shall, without further notice, stand dismissed **with** prejudice.

Donald J. Balsley, Jr.
PA Bar No. 33638
535 Smithfield Street, Suite 610
Pittsburgh, PA 15222

ATTORNEY FOR PLAINTIFF
RICHARD HALFENGER
& ASSOCIATES, INC.

Dated: January 9, 2006

Gail L. Westover
D.C. Bar No. 451263
SUTHERLAND ASBILL & BRENNAN LLP
1275 Pennsylvania Avenue, NW
Washington, DC 20004-2415
Phone: 202-383-0100
Fax: 202-637-3593

ATTORNEYS FOR DEFENDANT
UNIONCARE, INC.

WO 456500.1